UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| STACEY DEATON, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>ST. VINCENT HOSPITAL AND )<br>HEALTHCARE CENTER, MARK ADKINS and )<br>DAVID SIDOR, )<br>)<br>Respondents. | Cause No. 1:15-cv-1089-WTL-MPB |

## ORDER

Plaintiff, Stacy Deaton, and Defendants, St. Vincent Hospital and Healthcare Center, Mark Adkins and David Sidor, by respective counsel, have filed herewith their Stipulation of Dismissal with Prejudice. THE COURT, being duly advised in the premises and having reviewed said Stipulation, hereby dismisses this action, with prejudice.

SO ORDERED.

_William T. Lawrence_

Date: 1/11/17

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record.